No. 375. MENGELKOCH ET AL. *v.* INDUSTRIAL WELFARE COMMISSION ET AL., *ante*, p. 83. Petition for rehearing by appellant Mengelkoch denied.

No. 300, Misc. FERMIN *v.* UNITED STATES, *ante*, p. 898. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

DECEMBER 11, 1968.

No. 765. WESTSIDE MARKET, INC. *v.* KIRBY, DIRECTOR, DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL OF CALIFORNIA. Appeal from Ct. App. Cal., 2d App. Dist., dismissed pursuant to Rule 60 of the Rules of this Court. *Harold Easton* for appellant. *Thomas C. Lynch*, Attorney General of California, and *Lynn Henry Johnson*, Deputy Attorney General, for appellee.

No. 1149, Misc. ADAMS *v.* CLERK, DELAWARE COUNTY COURT. Motion for leave to file petition for writ of mandamus dismissed pursuant to Rule 60 of the Rules of this Court.

DECEMBER 16, 1968.

No. ——. GAVIN *v.* LYNCH. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Application for stay presented to MR. JUSTICE BLACK, and by him referred to the Court, denied. *Daniel H. Mahoney* for applicant.

No. ——. SKOLNICK ET AL. *v.* MAYOR OF CHICAGO ET AL. C. A. 7th Cir. Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. *Raymond F. Simon, Marvin E. Aspen,* and *Edmund Hatfield* for Mayor of Chicago et al. in opposition.